**Electronically Filed
Intermediate Court of Appeals
CAAP-10-0000099
14-NOV-2011
09:23 AM**

NO. CAAP-10-0000099

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, Plaintiff-Appellee, v.
DAVID L. TILLOTSON, Defendant-Appellee
and
EXODUS BAIL BOND, Real-Party-in-Interest-Appellant

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CR. NO. 09-1-1578)

ORDER DISMISSING APPEAL PURSUANT TO HRAP RULE 30
(By: Foley, Presiding Judge, Leonard and Reifurth, JJ.)

Upon review of the record, it appears that:

(1) on October 20, 2010, Appellant Exodus Bail Bond (Appellant) filed a notice of appeal; (2) the record on appeal was filed on December 20, 2010, and the appellate clerk filed a notice of entering case on calendar informing Appellant that the jurisdictional statement was due on December 30, 2011 and the opening brief was due on January 31, 2011; (3) Appellant did not

file either document; (4) on October 17, 2011, the appellate clerk provided notice to Appellant that: (a) the time to file the jurisdictional statement and the opening brief expired; (b) the matter would be called to the attention of the court on October 27, 2011; and (c) the appeal may be dismissed pursuant to Hawai'i Rules of Appellate Procedure (HRAP) Rule 30; and (5) Appellant did not respond to the notice or file the required documents. Therefore,

IT IS HEREBY ORDERED that the appeal is dismissed pursuant to HRAP Rule 30.

DATED: Honolulu, Hawai'i, November 14, 2011.

Presiding Judge

Associate Judge

Associate Judge